## WILLIS v. MANN

No. 29P90

Case below: 96 N.C.App. 450

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## WILLS v. WAKE MEDICAL CENTER

No. 16P90

Case below: 96 N.C.App. 515

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.